**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

March 06, 2014

Hon. L. Chris Iles
Attorney at Law
711 N. Carancahua, Suite 700
Corpus Christi, TX  78401

Hon. Patrick L. Flanigan
District Attorney
P.O. Box 1393
Sinton, TX  78387

Hon. Michael E. Welborn
District Attorney
P.O. Box 1393
Sinton, TX  78387-1393

Re:      Cause No. 13-14-00062-CR
Tr.Ct.No. S-13-3297-CR
Style:    Jeremiah Fields v. The State of Texas

Re:      Cause No. 13-14-00067-CR
Tr.Ct.No. S-13-3298-CR
Style:    Jeremiah Fields v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney
       36th District Court
       Hon. Laura M. Miller, District Clerk/San Patricio